## EDWARD D. WRIGHT *v.* COMMISSIONER OF CORRECTION

The petitioner Edward D. Wright's petition for certification for appeal from the Appellate Court, 111 Conn. App. 179 (AC 28333), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*John C. Drapp III*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided January 7, 2009

## STATE OF CONNECTICUT *v.* STEPHEN J. WALTERS

*Anthony E. Parent*, special public defender, in support of the petition.

*Eileen F. McCarthy*, senior assistant state's attorney, in opposition.

Decided January 7, 2009

## STATE OF CONNECTICUT *v.* JASON B.

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 359 (AC 28580), is denied.